UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

MEHERRIN AGRICULTURAL AND )
CHEMICAL COMPANY, )
 )
    Plaintiff, )
 )
v. ) Case No. CV615-135
 )
AGDEPOT et al., )
 )
    Defendants. )

## ORDER

The Court having reviewed and considered the petition of Michael J. Parrish of the law firm of Ward and Smith, P.A., 1001 College Court, New Bern, North Carolina 28562, for permission to appear pro hac vice on behalf of plaintiff Meherrin Agricultural and Chemical Company, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Michael J. Parrish, as counsel of record for plaintiff Meherrin Agricultural and Chemical Company, in this case.

**SO ORDERED** this __19th__ day of November, 2015.

                                      /s/ *signature*
                                UNITED STATES MAGISTRATE JUDGE
                                SOUTHERN DISTRICT OF GEORGIA