IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

MEHERRIN AGRICULTURAL AND
CHEMICAL COMPANY,

    Plaintiff,

v.

                              CV 615-135

AGDEPOT, LLC, RONNIE LOUIE
OLIVER, and BURLEY E.
PAGE, JR.,

    Defendants.

---

**O R D E R**

---

On April 5, 2016, upon the parties' request, the Court entered a Consent Order in this case. (Doc. 33.) Accordingly, the Court has retained jurisdiction over this matter for enforcement purposes. For statistical purposes, however, the Court instructs the Clerk to **ADMINISTRATIVELY CLOSE** this case. Any party may move to reopen the case.

**ORDER ENTERED** at Augusta, Georgia this 27th day of April, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA